## File Hashes for IP Address 69.142.2.132

**ISP:** Comcast Cable
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/12/2013 15:16:36 | 771B0EE8AAAD695EF9C39516590B2BC8786BAC13 | A Day to Remember |
| 01/12/2013 15:16:34 | E92EA854D1FE230550BBFDE48B5D33CB13AEA100 | Lipstick Lesbians |
| 01/06/2013 21:35:12 | 11F512D5FA6F35E09C0771EE09CCDB6E773FA8CF | Then They Were Three |
| 01/06/2013 20:00:55 | AC3E65F23404D7EE412F156354B488AD181AFC08 | First Love |
| 01/06/2013 19:42:50 | 25DF7A240EB2B0C960BCBAAF73CD00C40C4757BC | Young Passion |
| 01/06/2013 13:32:00 | ABEDFD43B4A7061955E37C61F3B4E6149210A5C5 | Loving Angels |
| 01/06/2013 12:30:03 | 8211D3AEE36C3CC6BD8089DE1F887F062D62DD36 | Finding Elysium |
| 01/06/2013 07:27:59 | 0AA7C3D5166CA52800864838A881AE5B551EA406 | Still With Me |
| 01/06/2013 07:08:36 | 9B235A4AA676CB43A9F5B9A1AB3E1A6FAF70A6C3 | Waterfall Emotions |
| 10/13/2012 15:16:25 | B4B3282993175058AB3F05B4E0994F1DB62F2C9D | This Side of Paradise |
| 10/13/2012 15:10:21 | 5ABB9D00B1328F33F343F6298ECC65DEC780E85A | Unbelievably Beautiful |
| 10/13/2012 04:26:44 | 98F7A41223783D88EA7790B67FE775940029A05C | Dangerous Game |
| 10/13/2012 04:24:31 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 09/15/2012 20:39:47 | 6D2969B406B43947528B6A7A2E0E0F7FF04B5DF0 | Wet Dream |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CNJ46